## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SAMEENA AGHI, | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | )  Case No.   11-2078 |
| COMMERCE BANKSHARES, INC., | ) |
| | ) |
| **Defendant.** | ) |

# REPORT AND RECOMMENDATION

Plaintiff filed her Complaint (#1) on March 16 2011.  The initial review revealed that the Court has jurisdiction, given that the claim arises under the Constitution and the laws of the United States.  A subsequent review of the Complaint has revealed that while the case was brought in the proper district, it is a case that should be assigned to the Peoria Division pursuant to Rule 40.1 of the local rules (CD/IL-LR 40.1).

In Paragraph 9 of her Complaint, Plaintiff alleges that she was hired by Defendant "as an Account Executive at their office in Bloomington, Illinois." (#1, ¶ 9).  The Complaint alleges that Plaintiff was subjected to a hostile work environment and was otherwise discriminated against at her place of employment before ultimately being wrongfully discharged.  In the opinion of the undersigned, Plaintiff's claim arises from her employment in Bloomington, Illinois, which is situated in McLean County, Illinois.  As such, the case is properly assigned to the Peoria Division of the Central District of Illinois to be heard by the judges of this court regularly sitting there.

Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the case be transferred to the Peoria Division and re-assigned to a judge regularly sitting in that location.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 17th day of August, 2011.

_____ s/ DAVID G. BERNTHAL _____
U.S. MAGISTRATE JUDGE